# United States Bankruptcy Court
## Northern District of Alabama

In re **Alba L. McEwen**  
Debtor(s)

Case No. **15-41133**  
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:  
**CHAPTER 13 PLAN - the box is now checked for special provisions - NOTHING ELSE CHANGED**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **September 22, 2015**

**/s/ AMY M. HAMPTON**
**AMY M. HAMPTON ASB-8399-A60H**
Attorney for Debtor(s)
**FULLER HAMPTON, LLC**
**PO BOX 1441**
**Alexander City, AL 35011**
**256-392-4300 Fax:256-392-4311**
**amy.hampton@fullerhampton.com; joseph.fuller@fullerhampton.com**

# AMENDED CHAPTER 13 PLAN

Case No.: **15-41133**

Debtor(s): **Alba L. McEwen**  SS#: **xxx-xx-0810**  Net Monthly Earnings: **793.62**
SS#:  Number of Dependents: **2**

1. Plan Payments:
   ( ) Debtor(s) propose to pay direct a total of $_____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **x** ) Payroll deduction Order: To **Sylacauga City Schools, 605 West 4th Street, Sylacauga, AL 35150** for $ **792.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly.

   Length of plan is **60** months, and the total amount of debt to be distributed by the Trustee is $ **47,520.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,250.00** ; **$100.00** paid pre-petition; $ **3,150.00** to be paid as soon as applicable.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **SELECT PORTFOLIO SERVICING** | **$165,792.32** | ☐ by Trustee ☑ by Debtor **$1,153.00** | AUGUST 2015 | **$11,123.36** | NOV 2014 TO JULY 2015 | **0.00%** | **$202.24** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **REGIONAL ACCEPTANCE CORP** | **$134.00** | **$13,613.88** | **$13,613.88** | **$0.00** | **2012 HONDA CIVIC SEDAN** | **5.25%** | **$303.74** | **Month 1** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☐ This is an original plan.
   ☑ This is an amended plan replacing plan dated **9-21-15**.
   ☑ This plan proposes to pay unsecured creditors APPROXIMATELY **36** %.
   ☑ Other Provisions:Debtor assumes contracts with AT&T; Dish Network and Bitwave for cellphone, satellite TV and internet services.

Attorney for Debtor Name/Address/Telephone #  Date **September 22, 2015**  **/s/ Alba L. McEwen**

**/s/ Amy M. Hampton**
**AMY M. HAMPTON ASB-8399-A60H**

**PO BOX 1441**
**Alexander City, AL 35011**  **Alba L. McEwen**
Signature of Debtor

Telephone # **256-392-4300**

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Alba L. McEwen**                                            Case No.   **15-41133**
                              Debtor(s)                                Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 22, 2015**, a copy of CHAPTER 13 PLAN ___ was served electronically to the trustee at ch13books@bellsouth.net and noticetrustee@ch13gadsden.com and by regular United States mail to all interested parties listed on the attached pacer matrix.

   **see attached matrix**

                                            **/s/ AMY M. HAMPTON**
                                            **AMY M. HAMPTON ASB-8399-A60H**
                                            **FULLER HAMPTON, LLC**
                                            **PO BOX 1441**
                                            **Alexander City, AL 35011**
                                            **256-392-4300 Fax:256-392-4311**
                                            **amy.hampton@fullerhampton.com;**
                                            **joseph.fuller@fullerhampton.com**

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
　　　　　by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


SPRINT NEXTEL CORRESPONDENCE
attn: BANKRUPTCY DEPT
PO BOX 7949
Overland Park, KS 66207-0949




　　　　　The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)SELECT PORTFOLIO SERVICING, INC.　　　　　End of Label Matrix
　　　　　　　　　　　　　　　　　　　　　　　Mailable recipients    27
　　　　　　　　　　　　　　　　　　　　　　　Bypassed recipients     1
　　　　　　　　　　　　　　　　　　　　　　　Total                  28

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 15-41133-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Tue Sep 22 10:23:24 CDT 2015 | US Attorney General<br>US Department of Justice<br>P.O. Box 14198<br>Washington, DC 20044-4198 | US Attorney's Office<br>1801 4th Ave North<br>Birmingham,, AL 35203-2101 |
| U. S. Bankruptcy Court<br>1129 Noble Street, Room 117<br>Anniston, AL 36201-4674 | ALLIANCE COLLECTION SERVICE<br>600 WEST MAIN STREET<br>SUITE A<br>Tupelo, MS 38804-3733 | BEST BUY/CBNA<br>PO BOX 6497<br>Sioux Falls, SD 57117-6497 |
| CALVALRY PORTFOLIO SERVICES<br>500 SUMMIT LAKE DRIVE<br>SUITE 4A<br>Valhalla, NY 10595-2323 | CAPITAL ONE<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 | ENHANCED RECOVERY CO, LLC<br>8014 BAYBERRY ROAD<br>Jacksonville, FL 32256-7412 |
| HEALTHCARE FINANCIAL SERVICES<br>911 FLYNT DRIVE<br>Flowood, MS 39232-9572 | HSBC BANK<br>PO BOX 9<br>Buffalo, NY 14240-0009 | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| INVERNESS DERMATOLOGY<br>250 INVERNESS CENTER DRIVE<br>Birmingham, AL 35242-4834 | LABCORP<br>PO BOX 2240<br>Burlington, NC 27216-2240 | LCA COLLECTIONS<br>PO BOX 2240<br>Burlington, NC 27216-2240 |
| ORTHOSPORTS ASSOCIATES<br>205 MEDICAL PARK<br>Talladega, AL 35160-2213 | REGIONAL ACCEPTANCE CORP<br>1424 E EAST FIRE TOWER ROAD<br>Greenville, NC 27858 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| SELECT PORTFOLIO SERVICING<br>10401 DEERWOOD PARK BV<br>Jacksonville, FL 32256-5007 | SELECT PORTFOLIO SERVICING, INC<br>3815 SOUTH WEST TEMPLE<br>Salt Lake City, UT 84115-4412 | SIROTE & PERMUTT<br>PO BOX 55727<br>Birmingham, AL 35255-5727 |
| SOLSTAS LABORATORY PARTNERS<br>4380 FEDERAL DRIVE<br>SUITE 100<br>Greensboro, NC 27410-8149 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | STERN RECOVERY SERVICES, INC<br>PO BOX 14899<br>Greensboro, NC 27415-4899 |
| US ATTORNEY - NORTHERN DISTRICT OF AL<br>1801 4TH AVENUE NORTH<br>Birmingham, AL 35203-2101 | Alba L. McEwen<br>978 Seven Sweet Gum Road<br>Sylacauga, AL 35151-5820 | Amy M. Hampton<br>Fuller Hampton, LLC<br>PO Box 1441<br>Alexander City, AL 35011-1441 |
| Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 | | |